IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DONALD D WOOD,

    Petitioner,

v.                                           CASE NO. 4:05-cv-00254-MP-AK

DONOVAN HAMILTON,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendations of the Magistrate Judge, recommending that the petition for writ of habeas corpus be denied, and this cause be dismissed with prejudice.  The petitioner objected, at doc. 8.  The petitioner does not challenge the Magistrate Judge's conclusion that more than one year passed between when the time for seeking certiorari review of his Florida state criminal conviction expired and when petitioner filed a state collateral attack on his sentence.  Accordingly, the Magistrate Judge recommends that under the AEDPA, the state collateral proceeding did not toll the AEDPA one-year deadline, since it had already expired.

The petitioner argues in his objections that the AEDPA should only apply to death penalty cases.  An entire body of law, including <u>Akins v. United States</u>, 204 F.3d 1086 (11th Cir.

2000) and the other two cases cited by the Magistrate Judge, demonstrate that petitioner is simply wrong in this novel argument. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*  day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge